ELLA R. DAVIS v. WM. YATES.

(No. 2168, R. Book No. 4, p. 232.)

APPEAL from Grayson County. Opinion by HURT, J.

§ 265. *Breach of contract; suit for damages arising from.* Before a party is entitled to damages for a breach of contract, he must show that he has complied with his part of the conditions, or offered to comply; and to be a legal offer, he must bring himself directly within the terms imposed by the conditions; *e. g.*, if the conditions required him to deliver *approved notes* before he was entitled to possession of machinery, then he must actually offer *good, merchantable paper.* Without this he has no cause of action. A party seeking to recover for breach of contract must show a compliance on his part, or an offer with the *ability* to comply, before he should be permitted to recover.

October 25, 1882.               Reversed and remanded.